NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1397

SHEILA MARIE FULMER

VERSUS

JAMES TODD HILLMAN

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-4902
HONORABLE GUY ERNEST BRADBERRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Billy Howard Ezell, and James T. Genovese,
Judges.

**AFFIRMED.**

**William Mitchell Redd**
**Liles & Redd**
**P.O. Box 3717**
**Lake Charles, LA 70602-3717**
**(337) 433-8529**
**Counsel for Defendant/Appellant:**
**James Todd Hillman**

**John Green**
**Attorney at Law**
**1135 Hodges St.**
**Lake Charles, LA 70601**
**(337) 474-3620**
**Counsel for Plaintiff/Appellee:**
**Sheila Marie Fulmer**